UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:12CR139 |
| V. | ORDER |

**Rigoberto Pacheco-Carrillo  (7)**

This **MATTER** is before the court on the Motion of the United States of America to dismiss the charges against Defendant Rigoberto Pacheco-Carrillo in the Bill of Indictment in the above-captioned case.

It is hereby ordered that the motion be GRANTED and the charges against Defendant Rigoberto Pacheco-Carrillo in the above-captioned Bill of Indictment be dismissed without prejudice.

SO ORDERED this 26 day of June 2013.

Signed: June 26, 2013

Frank D. Whitney
Chief United States District Judge